UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RSUI INDEMNITY COMPANY,

    Plaintiff,

v.                                          CASE NO: 8:13-cv-2629-T-26TGW

AKSHAY M. DESAI, SANDIP I. PATEL,
SEEMA DESAI, JEFF LUDY,
DEEPAK DESAI, STEVEN J. SCHAEFER,
and THE FLORIDA DEPARTMENT OF
FINANCIAL SERVICES as Receiver for
Universal Health Care Insurance Company, and
UNIVERSAL HEALTH CARE GROUP, INC.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the parties' Joint Motion for Expedited Handling of Count II of RSUI Indemnity Company's Complaint (Dkt. 60) is granted. The parties are authorized to file cross-motions for summary judgment addressing the issues raised in count II and the counterclaim on or before June 18, 2014, with responses to be filed on or before July 7, 2014.

**DONE AND ORDERED** at Tampa, Florida, on May 7, 2014.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record