UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RSUI INDEMNITY COMPANY,

    Plaintiff,

v.                                                                   Case No: 8:13-cv-2629-T-30TGW

AKSHAY M. DESAI, SANDIP I. PATEL,
SEEMA DESAI, JEFF LUDY, DEEPAK
DESAI, STEVEN J. SCHAEFER, THE
FLORIDA DEPARTMENT OF
FINANCIAL SERVICES and
UNIVERSAL HEALTH CARE GROUP,
INC.,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Temporarily Stay Proceedings (Dkt. #86). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     The Parties' Joint Motion to Temporarily Stay Proceedings (Dkt. #86) is GRANTED.

2.     This case is stayed for a period of thirty (30) days.

3.     In the event the parties reach a settlement in principle within the Stay Period, they shall notify the Court accordingly.

4.     In the event a settlement in principle is not consummated within the Stay Period, the parties shall have an additional ninety (90) days from the

expiration of the Stay Period to complete their fact discovery. The Court will issue a Second Amended Case Management and Scheduling Order reflecting a commensurate extension of all subsequent deadlines, including the trial date, imposed by the current Amended Case Management and Scheduling Order dated December 5, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2629 stay extension 86.docx